STATE OF CONNECTICUT *v.* RAYMOND TRAMONT

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 926 (AC 15319), is denied.

*Donald D. Dakers,* in support of the petition.

*Eileen McCarthy Geel,* deputy assistant state's attorney, in opposition.

Decided September 18, 1997

H. CLIFFORD O'SHEA, JR., ET AL. *v.* GERALD F. DEAN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 45 Conn. App. 911 (AC 15370), is denied.

*Thomas F. Brown* and *K. Wynne Bohonnon,* in support of the petition.

*James C. Riley,* in opposition.

Decided September 18, 1997